

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-12-00073-CR

Hernan **CORTEZ** III,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 274th Judicial District Court, Guadalupe County, Texas
Trial Court No. 09-1441-CR
Honorable Brenda Chapman, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED April 17, 2013.

_____
Karen Angelini, Justice